SRMOF 2009–1 Trust, Appellee, *v.* Lewis, Appellant, et al.

[Cite as *SRMOF 2009–1 Trust v. Lewis*, 142
Ohio St.3d 369, 2015-Ohio-1494.]

(No. 2014–0485—Submitted February 25, 2015—Decided April 22, 2015.)

---

{¶ 1} The conflict certified on the issue of standing is dismissed, sua sponte, as having been improvidently certified.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

---

Thompson Hine, L.L.P., John B. Kopf III, Scott A. King, and Terry W. Posey Jr., for appellee.

Kendo, Alexander, Cooper & Engel, L.L.P., Andrew M. Engel, Christine M. Cooper, and Charles D. Cooper II, for appellant.